**Marquis Aurbach Coffing**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Brianna Smith, Esq.
Nevada Bar No. 11795
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
bsmith@maclaw.com
 Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BLUE PILOT ENERGY, LLC,<br><br>                    Plaintiff,<br><br>vs.<br><br>LEXON INSURANCE COMPANY,<br><br>                    Defendant. | Case Number: 2:16-cv-02524-RFB-PAL |

### STIPULATION AND ORDER TO EXTEND PLAINTIFF'S DEADLINE TO FILE ITS RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

### (FIRST REQUEST)

Pursuant to LR 6-1, the parties hereby stipulate to extend the deadline for Plaintiff Blue Pilot Energy, LLC ("Plaintiff") to file their response to Defendant Lexon Insurance Company's Motion for Summary Judgment [ECF No. 6], filed on November 17, 2016, has a pending due date for its response by December 12, 2016. The parties hereby agree to extend the deadline to file Plaintiff's response, as the parties are engaging in settlement discussions which may resolve the matter in its entirety.

. . .

. . .

. . .

. . .

MAC:13728-003 Stipulation and Order to Extend Deadline to file our Opposition to Lexon_s Motion for Summary Judgme (2)

Based on this, the parties stipulate to an extension of time for the Plaintiff's response to Defendant's Motion for Summary Judgment to December 22, 2016.

Dated this 8th day of December, 2016.                Dated this 8th day of December, 2016.

MARQUIS AURBACH COFFING                              LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: /s/ Brianna Smith                                By: /s/ John E. Bragonje
    Craig R. Anderson, Esq.                              John E. Bragonje, Esq.
    Nevada Bar No. 6882                                  Nevada Bar No. 9159
    Brianna Smith, Esq.                                  3993 Howard Hughes Parkway, Suite 600
    Nevada Bar No. 11795                                 Las Vegas, Nevada 89169
    10001 Park Run Drive                                 Attorney for Defendant Lexon Insurance
    Las Vegas, Nevada 89145                              Company
    Attorneys for Plaintiff

## ORDER

IT IS SO ORDERED.

DATED this __20th__ day of __December__ 2016.

_____
UNITED STATES DISTRICT COURT JUDGE