**Marquis Aurbach Coffing**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Brianna Smith, Esq.
Nevada Bar No. 11795
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
bsmith@maclaw.com
  Attorneys for Plaintiff Blue Pilot Energy, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BLUE PILOT ENERGY, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>LEXON INSURANCE COMPANY,<br><br>    Defendant. | Case Number: 2:16-cv-02524-RFB-PAL |

### STATEMENT REGARDING SETTLEMENT

John E. Bragonje of Lewis Roca Rothgerber Christie LLP, counsel for Defendant Lexon Insurance Company ("Lexon"), and Brianna Smith of Marquis Aurbach Coffing, counsel for Plaintiff Blue Pilot Energy, LLC ("Blue Pilot") write to advise the Court that this matter has settled. The settlement calls for the $66,250 on deposit with the Court (see ECF No. 11) to be released to Blue Pilot, and the parties are submitting a proposed order to that effect concurrently with this status report. As soon as the money is disbursed, the parties will stipulate to dismiss this action. In light of these circumstances, the parties ask that the Court discontinue any work on the parties' pending cross motions for summary judgment (ECF Nos. 6 and 12). The parties also request that the hearing on Lexon's Motion to Stay and Alternatively Motion for Protective Order Requiring Plaintiff Blue Pilot to Take Deposition at Defendant's Principal Place of Business (ECF No. 23) and the Counter-

MAC:13728-003 2996196_1

Motion to Compel by Blue Pilot (ECF Nos. 27 and 28), currently set for February 14, 2017, be vacated.

DATED this 26th day of January, 2017

MARQUIS AURBACH COFFING

By: /s/ Brianna Smith
    Craig R. Anderson, Esq.
    Nevada Bar No. 6882
    Brianna Smith, Esq.
    Nevada Bar No. 11795
    10001 Park Run Drive
    Las Vegas, Nevada 89145
    Attorneys for Plaintiff Blue Pilot Energy, LLC

DATED this 26th day of January, 2017

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: /s/ John E. Bragonje
    John E. Bragonje, Esq.
    Nevada Bar No. 9159
    3993 Howard Hughes Parkway, Suite 600
    Las Vegas, Nevada 89169
    Attorney for Defendant Lexon Insurance Company

IT IS SO ORDERED this 2nd day of February, 2017.

Peggy A. Leen
United States Magistrate Judge

MAC:13728-003 2996196_1