**Marquis Aurbach Coffing**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Brianna Smith, Esq.
Nevada Bar No. 11795
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
bsmith@maclaw.com
  Attorneys for Plaintiff Blue Pilot Energy, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BLUE PILOT ENERGY, LLC,<br><br>                Plaintiff,<br><br>vs.<br><br>LEXON INSURANCE COMPANY,<br><br>                Defendant. | Case Number: 2:16-cv-02524-RFB-PAL |

### STIPULATION AND [PROPOSED] ORDER TO DISBURSE INTERPLEAD FUNDS

WHEREAS Defendant Lexon Insurance Company ("Lexon") deposited $66,250.00 with the Clerk of the Court on November 30, 2016 pursuant to an order of interpleader (ECF No. 11); and

WHEREAS the Court's order required the funds to remain in the Clerk's possession "until further order of the Court" (ECF No. 11); and

WHEREAS the parties have now settled this lawsuit pursuant to a separate written settlement agreement; and

WHEREAS the terms of said settlement require the $66,250.00 to be turned over to Plaintiff Blue Pilot Energy, LLC ("Blue Pilot");

NOW THEREFORE IT IS HEREBY STIPULATED by and between Blue Pilot and Lexon, by and through their attorneys of record that the Clerk of the Court be authorized, empowered, and directed to issue a check in the amount of $66,250.00 made payable to

MAC:13728-003 2995973_1

"Blue Pilot Energy, LLC," which check may be released to Blue Pilot Energy's counsel of record.

Dated this 26th day of January, 2017.

MARQUIS AURBACH COFFING

By: /s/ Brianna Smith
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Brianna Smith, Esq.
Nevada Bar No. 11795
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorneys for Plaintiff Blue Pilot Energy, LLC

Dated this 26th day of January, 2017.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: /s/ John E. Bragonje
John E. Bragonje, Esq.
Nevada Bar No. 9159
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Attorney for Defendant Lexon Insurance Company

**ORDER**

IT IS SO ORDERED.

DATED this __2nd__ day of __February__ 2017.

_____
UNITED STATES MAGISTRATE JUDGE

MAC:13728-003 2995973_1