**Marquis Aurbach Coffing**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Brianna Smith, Esq.
Nevada Bar No. 11795
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
bsmith@maclaw.com
   Attorneys for Plaintiff Blue Pilot Energy, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BLUE PILOT ENERGY, LLC,<br><br>               Plaintiff,<br><br>vs.<br><br>LEXON INSURANCE COMPANY,<br><br>               Defendant. | Case Number: 2:16-cv-02524-RFB-PAL |

**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**

Plaintiff Blue Pilot Energy, LLC ("Plaintiff"), by and through its attorneys of record, Marquis Aurbach Coffing, and Defendant Lexon Insurance Company ("Defendant"), by and through its attorney of record, Lewis Roca Rothgerber Christie LLP, hereby stipulate and agree as follows:

1. That the above-entitled case is hereby dismissed with prejudice as to all parties;

2. There is no trial date currently set in this matter; and,

. . .

. . .

. . .

. . .

. . .

MAC:13728-003 3016214_1

3. Each party will bear its own attorney fees and costs.

Dated this <u>8th</u> day of March, 2017.

MARQUIS AURBACH COFFING

By:   /s/ Brianna Smith
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Brianna Smith, Esq.
Nevada Bar No. 11795
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorneys for Plaintiff Blue Pilot Energy, LLC

Dated this <u>8th</u> day of March, 2017.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By:   /s/ John E. Bragonje
John E. Bragonje, Esq.
Nevada Bar No. 9159
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Attorney for Defendant Lexon Insurance Company

## **ORDER**

IT IS SO ORDERED.

**IT IS FURTHER ORDERED that all pending motions are denied as moot with the filing of this Order.**

_____
RICHARD F. BOULWARE, II
United States District Judge

**DATED: <u>March 10, 2017.</u>**